# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0421.  SPIERS v. THE STATE.**

 Before this Court is Appellant's motion to remand for a determination as to whether the DeKalb County Public Defender's Office should continue to represent Appellant in this case.  According to the motion to remand, the status of Appellant's continued representation by the DeKalb County Public Defender's Office is unclear because Appellant has now filed an extraordinary motion for new trial in the court below through privately retained counsel.

 Appellant's motion to remand is hereby GRANTED.  The case is hereby remanded to the Superior Court of DeKalb County to determine which counsel has authority to represent Appellant in the appeal of this case. Upon resolution of this issue by the trial court, the record may then be re-transmitted and the case re-docketed with the Court of Appeals, if counsel for Appellant chooses to continue with an appeal in this case.  Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/03/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*